**JUDGE MARK C. SCARSI**

SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report. The Court ORDERS the parties to make every effort to agree on dates*

| Case No. 2:22-cv-3170-MCS-SHK | | Case Name: Onscreen Dynamics LLC v. Volvo Car USA LLC | | |
|---|---|---|---|---|
| Trial and Final Pretrial Conference Dates | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one:  X Jury Trial  or  ☐ Court Trial **(*Tuesday* at 8:30 a.m., within 18 months after Complaint filed)** Estimated Duration: 4-5 Days | | October 24, 2023 or later | October 24, 2023 or later | ☐ Jury Trial ☐ Court Trial ___ Days |
| Final Pretrial Conference ("FPTC") (L.R. 16], Hearing on Motions in Limine **(*Monday* at 2:00 p.m., at least 15 days before trial)** | | October 2, 2023 | October 2, 2023 | |
| Event[1] *Note:* Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Last Date to **Hear** Motion to Amend Pleadings /Add Parties *(Monday)* | | October 31, 2022 | October 31, 2022 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | April 17, 2023 | April 17, 2023 | |
| Expert Disclosure (Initial) | | March 1, 2023 | March 1, 2023 | |
| Expert Disclosure (Rebuttal) | | March 15, 2023 | March 15, 2023 | |
| Expert Discovery Cut-Off | 12[2] | June 23, 2023 | June 23, 2023 | |
| Last Date to **Hear** Motions *(Monday)* <br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | July 3, 2023 | July 3, 2023 | |
| Deadline to Complete Settlement Conference (L.R. 16-15] *Select* one:  ☐ 1. Magistrate Judge *(with Court approval)*  ☐ 2. Court's Mediation Panel  ☐ 3. Private Mediation | 10 | July 25, 2023 | July 25, 2023 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| Trial Filings (first round) <br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law (L.R. 16-4]<br>• Witness Lists (L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law (L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony *(court trial only)* | 3 | September 11, 2023 | September 11, 2023 | |
| Trial Filings (second round) <br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | September 18, 2023 | September 18, 2023 | |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. *Patent and ER/SA cases in particular may need to vary from the above*.**

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an **MSJ.**